### 20072. SHAW *et al. v.* MILLER.

ALMAND, Justice. The only assignment of error in the bill of exceptions is to an order sustaining the plaintiff's demurrers to the defendant's plea and answer to a petition seeking specific performance and striking the same. This order is not such a final judgment as can be reviewed by a direct bill of exceptions. Code (Ann.) § 6-701; *Henderson v. Howard,* 149 *Ga.* 63 (99 S. E. 27). There being no exception to a final judgment, the writ of error must be and is

*Dismissed. All the Justices concur.*

ARGUED MAY 14, 1958—DECIDED JUNE 4, 1958.

*Guy Parker, Harold Sheats,* for plaintiffs in error.

*Calhoun & Calhoun,* contra.